

2014 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-18-2014

# Andrew Carman v. Jeremy Carroll

Precedential or Non-Precedential: Non-Precedential

Docket No. 13-2371

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2014

Recommended Citation

"Andrew Carman v. Jeremy Carroll" (2014). *2014 Decisions*. Paper 1290.
http://digitalcommons.law.villanova.edu/thirdcircuit_2014/1290

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2014 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-2371
_____

ANDREW CARMAN and KAREN CARMAN,

Appellants

v.

JEREMY CARROLL

_____

On Appeal From the United States District Court for the Middle District of Pennsylvania
(No. 3:10-cv-01013)
District Judge: Honorable James M. Munley
_____

Submitted on December 12, 2014
After Remand by the Supreme Court of the United States


Before: MCKEE, *Chief Judge*, FUENTES, *Circuit Judge*, and SCHILLER, *District Judge*.[1]


_____

JUDGMENT ORDER
_____

This cause came to be heard on appeal from the United States District Court for the

Middle District of Pennsylvania and upon remand from the Supreme Court of the United

States

_____

[1] Honorable Berle M. Schiller, United States District Court for the Eastern District of
Pennsylvania, sitting by designation.

1

it is ADJUDGED and ORDERED that the judgment of the District Court denying Appellants' motion for judgment as a matter of law on the unlawful entry claim and the jury verdict regarding the Appellants' unlawful seizure claim be and hereby are AFFIRMED.

By the Court,

s/ Julio M. Fuentes
Circuit Judge

ATTEST:

s/ Marcia M. Waldron
Clerk

Dated:          December 18, 2014